157 A.3d 811

CALHOUN–EL, James A.

v.

STATE of Maryland

Pet. Docket No. 599, Sept.Term, 2016

Court of Appeals of Maryland.

April 21, 2017

Reported below: 231 Md.App. 285, 150 A.3d 886.

Petition for writ of certiorari denied

■

157 A.3d 811

CARTER, Tyrone

v.

STATE of Maryland

Pet. Docket No. 609, Sept.Term, 2016

Court of Appeals of Maryland.

April 21, 2017

Opinion of the Court of Special Appeals unreported (Nos. 2698 & 2788, Sept. Term, 2015).

Petition for writ of certiorari denied